IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOSEPH SELF and MALINDA SELF,
on behalf of themselves and all others
similarly situated,                                                                                          PLAINTIFFS

vs.                             CASE NO. 4:24:cv-142-LPR

CADENCE BANK                                                                                                  DEFENDANT

### MOTION FOR TRUMON PHILLIPS TO APPEAR *PRO HAC VICE* ON BEHALF OF DEFENDANT CADENCE BANK

David Koehler of DLA Piper LLP (US), attorney of record for Cadence Bank, hereby requests pursuant to Local Rule 83.5(d) that the Court permit Trumon Phillips to appear *pro hac vice* in this matter as counsel of record for Cadence Bank. In support of this request, Mr. Koehler states as follows:

1. Trumon Phillips is an attorney with DLA Piper, LLP. His office is located at 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131. Mr. Phillips telephone number is (813) 222-5993 and his email address is trumon.phillips@us.dlapiper.com.

2. Trumon Phillips is a member of the bar of the State of Florida, Florida Bar No. 84568. He is also admitted to practice before the United States District Courts for the Northern, Middle, and Southern Districts of Florida.

3. Mr. Phillips is a member in good standing of all the bars to which he has been admitted, and no disciplinary or grievance proceedings have been filed or are currently pending against him.

4.    In representing Cadence Bank in this matter, Mr. Phillips will be associated with the following counsel, who is a member of the bar of this Court and who maintains an office in Arkansas:

> David Koehler (Ark. Bar No. 2014238)
> **DLA Piper LLP (US)**
> 10809 Executive Center Drive, Suite 205 Little Rock, Arkansas 72211
> Telephone: (501) 355-5555
> Facsimile: (214) 665-5982
> david.koehler@us.dlapiper.com

Opposing counsel may readily communicate with Mr. Koehler regarding the conduct of this case.

5.    Mr. Phillips affirms to this Court's local rules and submits to the jurisdiction of this Court in matters of discipline.

6.    Mr. Phillips will remit the required application fees and complete the Electronic Case Filing Registration Form.

WHEREFORE, Defendant Cadence Bank and its attorney, David Koehler, respectfully request that the Court grant this application and permit Trumon Phillips to appear *pro hac vice* in this matter.

Dated: March 11, 2024                Respectfully submitted,

                                     David Koehler
                                     David F. Koehler, Arkansas Bar No. 2014238
                                     **DLA Piper LLP (US)**
                                     10809 Executive Center Drive, Suite 205
                                     Little Rock, AR  72211
                                     david.koehler@us.dlapiper.com
                                     Telephone: (501) 355-5555

                                     ***Attorneys for Defendant Cadence Bank***