UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSEPH SELF AND MALINDA SELF,**                                                             **PLAINTIFFS**
on behalf of themselves and all others
similarly situated,

v.                                              CASE NO. 4:24-cv-142-LPR

**CADENCE BANK**                                                                                **DEFENDANT**

### UNOPPOSED MOTION FOR PRELIMINARY APPROVAL
### OF CLASS ACTION SETTLEMENT

Plaintiffs Joseph Self and Malinda Self ("Plaintiffs"), by and through undersigned counsel and pursuant to the Settlement Agreement dated October 10, 2024 (the "Settlement Agreement") and the exhibits attached thereto, which is being contemporaneously filed herewith, hereby move this Court for preliminary approval of the proposed settlement (the "Settlement") of the above-referenced action (the "Action"). More specifically, Plaintiffs respectfully request this Court enter an order, in substantial form to the proposed order attached as Exhibit C to the Settlement Agreement, (1) finding it will likely (a) approve the Settlement and (b) certify the Settlement Class[1] for purposes of judgment on the proposed Settlement; (2) appointing Plaintiffs as Class Representatives for the Settlement Class; (3) appointing Cohen & Malad LLP and Carney Bates & Pulliam PLLC as Class Counsel; (4) approving the form and manner of notice and directing notice to the Settlement Class; (5) scheduling a hearing before the Court to determine whether the Settlement should be finally approved and to consider Plaintiffs' request for attorneys' fees,

---

[1] All capitalized terms not specifically defined herein shall have the same meaning as set forth in the Settlement Agreement.

1

litigation expenses, and a Service Award to each of the Plaintiffs; and (6) staying this Action pending the Final Approval of the Settlement.

A memorandum of law is being contemporaneously filed herewith.

Dated: January 3, 2025
Respectfully submitted,

Randall K. Pulliam (ABN 98015)
**CARNEY BATES & PULLIAM, PLLC**
One Allied Drive, Suite 1400
Little Rock, Arkansas 72202
Telephone: (501) 312-8500
Email: rpulliam@cbplaw.com

Lynn Toops (admitted *pro hac vice*)
**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 636-6481
Email: ltoops@cohenandmalad.com

*Attorneys for Plaintiffs*