UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSEPH SELF AND MALINDA SELF,**  **PLAINTIFFS**
on behalf of themselves and all others
similarly situated,

v.   CASE NO. 4:24-cv-142-LPR

**CADENCE BANK**  **DEFENDANT**

### PLAINTIFFS' UNOPPOSED MOTION FOR
### FINAL APPROVAL OF CLASS ACTION SETTLEMENT

In accord with the Settlement Agreement (the "Settlement Agreement")[1] and this Court's Order Granting Preliminary Approval, dated January 16, 2025 (the "Preliminary Approval Order"), Plaintiffs Joseph Self and Malinda Self ("Plaintiffs" or "Settlement Class Representatives"), by and through undersigned counsel, hereby move this Court, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for an order (i) granting final approval of the proposed settlement of this case (the "Settlement") as fair, reasonable, and adequate; (ii) granting final certification to the Settlement Class; (iii) finding the notice program as set forth in the Settlement Agreement and effectuated pursuant to the Preliminary Approval Order satisfies the requirements of Federal Rule of Civil Procedure 23(c) and due process and constitutes the best notice practicable under the circumstances; (iv) approving payment of notice and administration fees to the Settlement Administrator in the amount of $129,260; and (v) approving reimbursement of expenses and fees paid by Cadence Bank to Ankura Consulting, Inc. for Ankura's work in compiling and updating the class list by, among other things, processing transaction data and

---

[1] Previously filed with the Court on January 3, 2025 as Exhibit A to Plaintiffs' Memorandum of Law in Support of Unopposed Motion for Preliminary Approval of Class Action Settlement. *See* ECF No. 24-1.

completing the calculations of amounts Settlement Class Members allegedly paid in APSN Fees during the Class Period. In support thereof, Plaintiffs are contemporaneously filing a Memorandum of Law in Support of Motion for Final Approval of Class Action Settlement. As set forth therein and in the Supplemental Declaration of Karen Rogan Re: Notice Procedures ("Supp. Rogan Decl."), after notice to the tens of thousands of Class Members, not a single Class Member objected to, or opted out of, the Settlement. Supp. Rogan Decl. ¶¶ 16-17.

| | |
|---|---|
| Dated: April 24, 2025 | Respectfully submitted, |
| | Randall K. Pulliam (ABN 98015)<br>**CARNEY BATES & PULLIAM, PLLC**<br>One Allied Drive, Suite 1400<br>Little Rock, Arkansas 72202<br>Telephone: (501) 312-8500<br>Email: rpulliam@cbplaw.com |
| | Lynn Toops (*admitted pro hac vice*)<br>Vess A. Miller (*admitted pro hac vice*)<br>**COHENMALAD, LLP**<br>One Indiana Square, Suite 1400<br>Indianapolis, IN 46204<br>Telephone: (317) 636-6481<br>Email: ltoops@cohenmalad.com<br>Email: vmiller@cohenmalad.com |
| | *Attorneys for Plaintiffs* |