IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOSEPH SELF AND MALINDA SELF,　　　　　　　　　　　　　　　PLAINTIFFS
on behalf of themselves and all others
similarly situated

v.　　　　　　　　　　Case No. 4:24-cv-00142-LPR

CADENCE BANK　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANT

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby dismissed with prejudice and without assessment of costs or attorneys' fees against any party except as provided in the Settlement and today's Order. The Court retains continuing and exclusive jurisdiction over the Settlement, the parties to the Settlement, including but not limited to the Class Members, and all matters relating to the administration, supervision, and enforcement of the Settlement Agreement.

IT IS SO ADJUDGED this 13th day of June 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE